Robert Carr,
Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LAW OFFICES OF ANGELA SWAN, APC, AND ANGELA SWAN; AND ROBERT CARR,<br><br>Plaintiff(s),<br><br>v.<br><br>JP MORGAN CHASE & CO. D/B/A CHASE BANK; A CORPORATION, AND WELLS FARGO BANK, N.A.<br><br>Defendant(s). | CASE NUMBER<br><br>2:24-cv-01114-JLS-PD<br><br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ **ONLY** Defendant(s) Wells Fargo Bank, N.A. _____

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Plaintiffs _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

1/16/2025                                             /s/ Robert Carr
   Date                                              Signature of Attorney/Party

*NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*