Angela Swan, #213793
THE LAW OFFICES OF ANGELA SWAN,
A PROFESSIONAL CORPORATION
21151 South Western Avenue, Suite 177
Torrance, CA  90501
Office Telephone:   (310)755-2505
Fax:                       (310)878-0349
Email:       aswan@angelaswanlaw.com

Attorney for Plaintiff  ANGELA SWAN AND
THE LAW OFFICES OF ANGELA SWAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION-LOS ANGELES

| | |
|---|---|
| THE LAW OFFICES OF ANGELA SWAN, APC, AND ANGELA SWAN;AND ROBERT CARR<br><br>Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE & CO. D/B/A CHASE BANK;A CORPORATION, AND WELLS FARGO BANK, N.A. AND DOES 1-10<br><br>Defendants. | **Case No.: 2:24-cv-01114-CV**<br>**Judge:  Hon. Cynthia Valenzuela**<br><br>STIPULATION  FOR DISMISSAL OF DEFENDANT, WELLS FARGO BANK, N.A. WITH PREJUDICE<br><br>**Complaint Filed:  2-9-24** |

1

**STIPULATION FOR DISMISSAL OF DEFENDANT, WELLS FARGO BANK, N.A. WITH PREJUDICE**

Plaintiffs' The Law Offices of Angela Swan and Angela Swan (hereinafter, "Plaintiffs" or "Swan" or "Law Offices"), and Defendant, Wells Fargo Bank, N.A. ("Wells Fargo"), by and through their counsel of record, hereby stipulate and agree that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A) this action shall be dismissed, with prejudice, against Wells Fargo.

DATED  2/19/25_____    The Law Offices of Angela Swan
                                 A Professional Corporation


                                 By: /s/ Angela Swan_____
                                 Angela Swan, Counsel for Plaintiffs


DATED  2/19/25_____     Severson & Werson


                                 By:  /s/ Abinay Prabaker_____
                                 Abinaya Prabaker, Counsel for
                                 Defendant, Wells Fargo Bank, N.A.

2

**STIPULATION FOR DISMISSAL OF DEFENDANT, WELLS FARGO BANK, N.A. WITH PREJUDICE**

## **FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i) regarding signatures, Angela Swan hereby attests that concurrence in the filing of this document has been obtained from all other signatories identified above.

DATED: 2/19/25                                          By: /s/ Angela Swan
                                                                                    Angela Swan, Esq.

**STIPULATION FOR DISMISSAL OF DEFENDANT, WELLS FARGO BANK, N.A. WITH PREJUDICE**